UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARMEN STARKS,<br><br>                    Plaintiff,<br><br>         v.<br><br>IQ DATA INTERNATIONAL, INC.,<br><br>                    Defendant. | Case No. 1:23-cv-00996-ADA-CDB<br><br>ORDER ON SECOND STIPULATION EXTENDING DEFENDANT'S TIME TO RESPOND TO THE COMPLAINT<br><br>(Doc. 8) |

Pending before the Court is the parties' second stipulation requesting that Defendant IQ Data International, Inc., be granted a seven-day extension to respond to Plaintiff's Complaint. (Doc. 8).

Based on the parties' representations in the stipulation, and for good cause appearing, it is HEREBY ORDERED, Defendant IQ Data International, Inc., shall respond to Plaintiff's Complaint no later than August 11, 2023.

IT IS SO ORDERED.

Dated:   **August 3, 2023**

_____
UNITED STATES MAGISTRATE JUDGE